IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-126

No. 408A20

Filed 29 October 2021

STATE OF NORTH CAROLINA

v.

MICHAEL EUGENE WRIGHT

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 273 N.C. App. 188, 848 S.E.2d 252 (2020), affirming a judgment entered on 26 April 2019 by Judge Carla Archie in Superior Court, Cleveland County. Heard in the Supreme Court on 31 August 2021.

*Joshua H. Stein, Attorney General, by John R. Green Jr., Special Deputy Attorney General, for the State-appellee.*

*Mary McCullers Reece for defendant-appellant.*

PER CURIAM.

AFFIRMED.